UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,          :

            Plaintiff,          :

- against -          :          ECF CASE

CHANGJIANG HUAFENG FUEL CO. LTD.,  :

           Defendant.          :
------------------------------------------------------------X

### DISCLOSURE OF INTERESTED
### PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

            NONE.

Dated: January 30, 2008
       New York, NY

                            The Plaintiff,
                            INDUSTRIAL CARRIERS INC.,

       By: _____
              Lauren C. Davies (LD 1980)
              Thomas L. Tisdale (TT 5263)
              TISDALE LAW OFFICES, LLC
              11 West 42nd Street, Suite 900
              New York, NY 10036
              (212) 354-0025 – phone
              (212) 869-0067 – fax
              ldavies@tisdale-law.com
              ttisdale@tisdale-law.com